THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
Respondent,
 
 
 

v.

 
 
 
Shirley G. Pelfini,       
Appellant.
 
 
 

Appeal From Charleston County
A. Victor Rawl, Circuit Court Judge

Unpublished Opinion No. 2003-UP-572
Submitted July 15, 2003  Filed October 
 1, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Ralph E. Hoisington, of North Charleston, for 
 Respondent.
 
 
 

PER CURIAM:  Shirley G. Pelfini pleaded 
 nolo contendere to assault and battery upon an emergency medical 
 service provider.  Pelfinis appellate counsel filed a brief pursuant to Anders 
 v. California, 386 U.S. 738 (1967).  Counsel additionally submitted a petition 
 to be relieved from representation, asserting there are no directly appealable 
 issues of arguable merit.  Pelfini filed a pro se response with 
 the Court.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.